

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
AUG 2 5 2008
AUG 25 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Norman Woolfolk

---

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

~~Cook County~~
Judge Bibla

08CV4839
JUDGE COAR
MAG. JUDGE KEYS

Case No:_____
(To be supplied by the Clerk of this Court)

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**

☒ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
U.S. Code (state, county, or municipal defendants)

✓ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

____ OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

A. Name: Norman Woolfolk

B. List all aliases: NA

C. Prisoner identification number: 823537

D. Place of present confinement: D.H.S

E. Address: R.R #1 Box 6A Rushville, IL 62681

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Cook Judge Bible

Title: Cook County Judge

Place of Employment: Cook County Jail

B. Defendant: _____

Title: _____

Place of Employment: _____

C. Defendant: _____

Title: _____

Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

    A. Name of case and docket number: __NAC__

    B. Approximate date of filing lawsuit: ____

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: ____

    D. List all defendants: ____

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): ____

    F. Name of judge to whom case was assigned: ____

    G. Basic claim made: ____

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): ____

    I. Approximate date of disposition: ____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I was arrested March 2005, sentance to four years + six months in a institution named Big Muddy was given a out date of 28 May 2007 which was parole I am hear at Illinois Department of Human services treatment and detention 8-9-08 with no parole. I am asking for ~~Ten thousand dollars.~~ ~~two hundred~~ ~~and fifty million.~~ Ten thousand.

___

___

___

___

___

___

___

___

___

___

___

___

___

___

___

___

___

___

___

Revised 9/2007

V.  **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

to see that I am compainsated were injust was done to me.

VI.  The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __8__ day of __9__, 20__08__

_Norman Woolfolk_
(Signature of plaintiff or plaintiffs)

Norman Woolfolk
(Print name)

(I.D. Number) 823537

RR. #1, Box 6A Rushville, IL 62681
(Address)