# PRISONER CASE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

## Civil Cover Sheet

| | | | |
|---|---|---|---|
| **Plaintiff(s):** | NORMAN WOOLFOLK | **Defendant(s):** | JUDGE BIBLE |
| **County of Residence:** | SCHUYLER | **County of Residence:** | |
| **Plaintiff's Address:** | | **Defendant's Attorney:** | |

Norman Woolfolk
#823537
Rushville - DHS
R.R. #1, Box 6A
Ruchville, IL 62681

FILED
AUG 25 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [ ] 2. U.S. Government Defendant
- [✓] 3. Federal Question (U.S. gov't. not a party)
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
- [✓] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 550 Prisoner Civil Rights

**Cause of Action:** 42:1983pr

**Jury Demand:** [✓] Yes  [ ] No

**08CV4839**
**JUDGE COAR**
**MAG. JUDGE KEYS**

**Signature:** /s/

**Date:** 8/25/08