United States District Court
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

Prisoner Correspon

Case: 08cv4839
Judge COAR

FILED
SEP 3, 2008
SEP 3 2008 MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

RE:
Motion To withdraw:

I Norman Woolfolk request to withdraw from case: 08cv4839